

...by consumers, for consumers

Don't let them get away with it...scams, consumer complaints, and frauds reported. File a report, post your review or experience!

Register to File a Report | Login | Help

SEARCH COMPANY OR REPORT #
Search
Use Advanced Search Latest Reports

Read "Thank You" e-mails from consumers because Ripoff Report protects consumer's right to speak out
Please use our support form if you have any difficulties or wish to contact us

Exhibit A

**Report: #423146**

# Report: Herman And Russo, Mellissa A. Herman And David A. Russo

**Reported By:** (Atlanta Georgia)

## Herman And Russo, Mellissa A. Herman And David Herman And Russo, Mellissa A. Herman And David A. Russo Incompetent Legal Services at Best - Blatant Legal Malpractice Woodstock Georgia

... Report is a hoax

**Herman And Russo, Mellissa A. Herman And David A. Russo**
225 Creekstone Ridge
Woodstock Georgia 30188
U.S.A.
Phone: 678-6812021
Web Address:

**Category:** Lawyers

**Submitted:** Wednesday, February 11, 2009
Last posting: Thursday, March 05, 2009

**Report & Rebuttal:**

| 1 | 0 | 0 |
|---|---|---|
| Author | Consumer | Employee |

**Respond to this report!**
File a Rebuttal

**Victim of this person/company?**
File a Report

**Video Spotlight**

Data recovery scams over charge and steal private data from broken hard drives.
Play Video

Loan modification offers risk for those facing foreclosure. Don't pay up front!
Play Video

Questionable pyramid scheme takes advantage of consumers.
Play Video

Companies steal from your bank account. Find out how.
Play Video

This report is regarding an incompetent and fraudulent law firm called Herman and Russo run by Melissa A Herman and David A. Russo. Their office is located at the following address:

225 Creekstone Ridge
Woodstock, GA 30188
Phone: 678-681-2021

Web site: www.hermanrusso.com

Many of their victims also reside outside of Woodstock as we do.

In our 25 years of operating a business, we have never encountered such negligence in handling a legal matter. We've spoken with several other parties who had a very similar and damaging experience by retaining this firm. Beware.

In our company's case, he accepted $30k with the promise that he could handle our debt negotation and then proceeded to give us the run around for months. After receiving our payment he consistently avoided our phone calls and attempts at contacting him. In the rare event we actually were able to get a hold of them, they lied to us and said that they were working on our files when in reality he was just letting our files sit around and accumulate dust.

This not only cost us an exorbitant amount of money but also got us in trouble by making us look bad to our clients. These guys are nothing short of being blatant criminals who hide behind their bar numbers while making their living purely by promising people services, stealing their money, and then never delivering on his promises.

Whatever you do, do not become another victim by falling prey to their scams and fraudulent claims. It is absolutely asinine that this "law firm could" still be licensed after all the people they've screwed over. If you don't want to be lied to, swindled and taken advantage of, stay away from these crooks at all costs!!

Justice not served

Web Images Videos Maps News Shopping Gmail more ▼

hermanrusso@gmail.com | Web History | Settings ▼ | Sign out

Exhibit B

Google herman and russo Search Advanced Search

View customizations

Web Show options... Results **1** - **10** of about **981,000** for **herman and russo**. (**0.22** seconds)

Chapter 7, Chapter 13, Bankruptcy Attorneys, **Herman and Russo** P.C. ...
The Law Office of **Herman and Russo** PC specializes in consumer bankruptcy for clients located in and around the Atlanta, Georgia, area.
www.realpagessites.com/**hermanandrusso**/ - Cached - Similar -

About Us, Events, News, **Herman and Russo** P.C., Atlanta, GA
Click here to contact **Herman and Russo** P.C., Attorneys at Law, now. ... Ms. **Herman** is a partner at **Herman and Russo**. The firm's philosophy is simple ...
www.realpagessites.com/**hermanandrusso**/about-**herman-russo**.html -

Show more results from www.realpagessites.com

Ripoff Report: **Herman And Russo**, Mellissa A. **Herman** And David ... - 4 visits - Feb 10
*Mar 5, 2009 ... This report is regarding an incompetent and fraudulent law firm called* **Herman and Russo** run by Melissa A **Herman** and David A. **Russo**. ...
www.ripoffreport.com/.../**herman-and-russo**.../**herman-and-russo**-mellissa-a-w776a.htm - Cached -

Local business results for **herman and russo** near Atlanta, GA - Change location

**Herman & Russo**: Alpharetta-Roswell - www.realpagessites.com
Atlanta - (678) 925-3551
Directions and more »

**Herman & Russo** - www.**hermanrusso**.com
225 Creekstone Ridge, Woodstock - (678) 925-3510
Directions and more »

**Herman and Russo** P.C. - Law Firm Serving Roswell, Georgia (GA ...
**Herman and Russo** PC is a law firm serving Roswell, Georgia and specializes in various areas of law. Contact this law firm that serves Roswell, ...
www.lawyers.com/.../**Herman-and-Russo**-P.C.-42310677-f.html - Cached -

**Herman and Russo** P.C. - Law Firm in Woodstock, Georgia (GA ...
**Herman and Russo** PC is a law firm in Woodstock, Georgia specializing in various areas of law. Contact this law firm in Woodstock, GA for your specific legal ...
www.lawyers.com/.../**Herman-and-Russo**-P.C.-42295556-f.html - Cached -

Show more results from www.lawyers.com

**Herman & Russo** P.C. - Woodstock, Georgia Office Profile on ...
**Herman & Russo** PC - Woodstock, Georgia Office presented by Martindale-Hubbell. Find attorneys from **Herman & Russo** PC at Martindale.com.
www.martindale.com/**Herman-Russo**.../42295556-law-firm-office.htm - Cached -

ABI Consumer Bankruptcy Committee Newsletter
... PC in Atlanta, Robert O. Colliersmith of Colliersmith & Associates PC in Marietta, Ga. and Melissa **Herman** of **Herman & Russo** P.C. in Atlanta. ...

Exhibit C

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
 "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml">
<head id="ctl00_ctl00_Head1"><title>
 Ripoff Report: Herman And Russo, Mellissa A. Herman And David Herman And
 Russo, Mellissa A. Herman And David A. Russo Incompetent Legal Services at
 Best - Blatant Legal Malpractice Woodstock Georgia
</title>
 <link href="/Common/Style/page.css" rel="stylesheet" type="text/css" />

 <!--[if lt IE 7]>
         <link rel="stylesheet" type="text/css"
 href="/Common/style/iehacks6.css" />
         <script type="text/javascript"
 src="/Common/script/minWidth.js"></script>
 <![endif]-->
 <link rel="SHORTCUT ICON" href="/favicon.ico" /><meta http-
 equiv="imagetoolbar" content="no" /><meta http-equiv="imagetoolbar"
 content="false" />

    <script type="text/javascript" src="/Common/script/utils.js"></script>
    <script type="text/javascript" src="/Common/script/jquery.js"></script>
    <script type="text/javascript"
 src="/UserControls/Header.ascx.js"></script>
<meta name="keywords" content="rip-off, ripoff, rip off, Herman And Russo,
 Mellissa A. Herman And David A. Russo, Lawyers" /><meta name="description"
 content="Herman And Russo, Mellissa A. Herman And David Herman And Russo,
 Mellissa A. Herman And David A. Russo Incompetent Legal Services at Best -
 Blatant Legal Malpractice Woodstock Georgia " /></head>

<body>
<form name="aspnetForm" method="post" action="/lawyers/herman-and-russo-
 mel/herman-and-russo-mellissa-a-w776a.htm" id="aspnetForm">
<div>
<input type="hidden" name="__VIEWSTATE" id="__VIEWSTATE"
 value="/wEPDwULLTE5NjgzOTUyNTBkZJeoLU48efwPJEi31CX0pvM8lrt7" />
</div>

<div id="pageContainer" >
 <div id="header">

<div id="logoContainer">
    <div id="userDetails">
        <div id="userLoginStatus">
                <a id="registerLink" href="/Register.aspx"><img
 id="registerImage" src="/Common/img/navigation/headerTextRegister.gif"
 alt="Register to File a Report" width="177" height="22" /></a>
                <img src="/Common/img/navigation/headerPipe.gif" alt="Ripoff
 Report" width="24" height="22" />

                <a href="/LoginPage.aspx"><img id="loginImage"
 src="/Common/img/navigation/headerTextLogin.gif" alt="Login" height="22"
 /></a>
                <img src="/Common/img/navigation/headerPipe.gif" alt="Ripoff
 Report" width="24" height="22" />
```

```
                <a href="/faq.aspx"><img
src="/Common/img/navigation/headerTextHelp.gif" alt="Help" width="34"
height="22" /></a>
        </div><!-- /userLoginStatus -->

        <span id="welcome" style="display:none;">Welcome, <span
id="username"></span></span>
        <div id="loginLinks" class="userLinks" style="display:none;">
            <a href="/MyProfile.aspx">My Profile</a> |
            <a href="/MyReports.aspx">My Reports</a>
        </div><!-- /loginLinks -->
        <script type="text/javascript" language="javascript">
        /* <![CDATA[ */
        var toDisplay = "none";
    if (document.cookie.length>0 && document.cookie.match(/username=/gi))
        {
            var username = document.cookie.replace(/.*username=/gi,
"").replace(/;.*/gi, "");
            toDisplay = username.length > 0 ? "block" : "none";

            //swap images
            document.getElementById("loginImage").src =
"/Common/img/navigation/headerTextLogout.gif";
            document.getElementById("registerImage").src =
"/Common/img/navigation/headerTextFileReport.gif";
            document.getElementById("registerLink").href = "/FileReport.aspx";
        }
        else
        {
            //swap images
            document.getElementById("loginImage").src =
"/Common/img/navigation/headerTextLogin.gif";
            document.getElementById("registerImage").src =
"/Common/img/navigation/headerTextRegister.gif";
            document.getElementById("registerLink").src = "/Register.aspx";
        }

        document.getElementById("welcome").style.display = toDisplay;
        document.getElementById("loginLinks").style.display = toDisplay;
        document.getElementById("username").innerHTML = username;
        /* ]]> */</script>

    </div><!-- /userDetails -->
    <div id="logo">
        <a href="/lists/" style="font-size: 90%; text-decoration: none;
padding-bottom: 3px;">...by consumers, for consumers</a>
        <a href="/Default.aspx"><img src="/Common/img/logo.gif" alt="Ripoff
Report" width="340" height="58" /></a>
        <div id="tagline" style="font-size: 70%"><b>Don't let them get away
with it...scams, consumer complaints,<br /> and frauds reported. File a
report, post your review or experience!</b></div>
</div><!-- Close logo -->
</div><!-- /logoContainer -->

<div id="headerSearch">
    <table id="headerNav">
        <tr>
```

```
            <td id="headLeft">
                <div id="headCenter">
                                        <a href="/FileReport.aspx" id="navReport"
class="navFile"><img src="/Common/img/navigation/sprite_MainNav.png"
alt="File a Report" border="0" /></a>
                                        <a href="/MyReports.aspx"
class="navUpdate"><img src="/Common/img/navigation/sprite_MainNav.png"
alt="Update Report" border="0" /></a>
                                        <a href="javascript:browseRecentReports(2);"
class="navLatest"><img src="/Common/img/navigation/sprite_MainNav.png"
alt="Latest Reports" border="0" /></a>
                                        <a href="/ConsumerResources.aspx"
id="navConsumer" class="navResources"><img
src="/Common/img/navigation/sprite_MainNav.png" alt="Consumer Resources"
border="0" /></a>
                                        <a href="/ConsumersSayThankYou.aspx"
id="navConsumerThanks" class="navThankYou"><img
src="/Common/img/navigation/sprite_MainNav.png" alt="Consumers Say Thank You"
border="0" /></a>
                                        <a
href="http://www.ripoffreportlegaldirectory.com/" class="navDirectory"
target="_blank"><img src="/Common/img/navigation/sprite_MainNav.png"
alt="Legal Directory" border="0" /></a>
                                </div>

                <div id="navCorporate">
        <div id="navCorporateHover">
                <a href="http://www.ripoffreport.com/CorporateAdvocacy.aspx"
class="navCorporate"><img src="/Common/img/navigation/sprite_MainNav.png"
alt="Corporate Advocacy Program:  The best way to manage and repair your
business reputation.  Hiding negative complaints is only a Band-Aid.
Consumers want to see how a business took care of business.  All business
will get complaints.  How those businesses take care of those complaints is
what separates good businesses from bad businesses." border="0" /></a>
            <div class="sub">
                <div class="innerPadding">
                                        <div class="innerCopy">
                                                <img align="right"
src="/Common/img/navigation/navFlyoutIcon.png" height="127" width="128"
alt="Corporate Advocacy Program" />
                                                        <h3>Corporate Advocacy
Program</h3>
                                                <blockquote>This is the best way to
manage and repair your business reputation. Hiding negative complaints is
only a Band-Aid. Consumers want to see how a business took care of
business.</blockquote>
                                                <p>All business will get complaints.
How those businesses take care of those complaints is what separates good
businesses from bad businesses.</p>
                                                <p><span class="red">WARNING!</span>
Businesses who hire SEO companies to try and hide complaints, it does not
```

```
work most of the time, and you have to keep paying them forever, and if it
works consumers will still find the report even if it is on page 2, 3 or page
10. Search engines don't like this kind of SEO!. Ask your SEO company to tell
you what damage it does to your business with the search engines once SEO
work is performed to try and move negative listings down!</p>
                                        <p>Consumers love to do business with
someone that can admit mistakes and states how they made improvements. </p>
                                        <hr />
                                        <h4>Corporate Advocacy Business
Remediation and Customer Satisfaction Program.</h4>
                                        <p><a
href="http://www.ripoffreport.com/Consumer-Services/Rip-off-Report-Corpo/rip-
off-report-corporate-advoc-92w54.htm" target="_blank" style="width: 400px;
color: #000; text-decoration: underline; margin: 0; height: auto; padding:
4px 0 4px 0;">A program that benefits the consumer, assures them of complete
satisfaction and confidence when doing business with a member
business.</a></p>
                                        <input type="button" value="Get
Started"
onClick="window.location='http://www.ripoffreport.com/CorporateAdvocacy.aspx'
" />
                                  </div>
                            </div>
                  </div>
               </div>
            </div>

<script type="text/javascript"
src="/Common/script/jquery.hoverIntent.js"></script>

                     </td>
                  <td id="headRight">
                     <div id="SearchContainer" class="searchContainer" >
                                  <div id="headerSearchTitle">SEARCH COMPANY OR
REPORT #</div>
                                  <input type="text" id="basicSearchTextBox"
size="25" maxlength="200" class="headSearch" onkeydown="if((event.which &&
event.which == 13) || (event.keyCode && event.keyCode ==
13)){doSearch(this.value); return false;} else {return true;}" /><input
type="button" id="btnSimpleSearch" value="Search" class="btn"
onclick="doSearch($('#basicSearchTextBox').val());return false;" />
                                  <div><a href="/Search.aspx">Use Advanced
Search</a> <a href="javascript:browseRecentReports(2);" style="margin-
left:4px;">Latest Reports</a></div>
                            </div>
```

```
            </td>
        </tr>
    </table><!-- /headerNav -->
</div><!-- /headerSearch -->

 </div><!-- /header -->

 <div id="main">
         <div id="innerColumnContainer">
                 <div id="leftMaster">
                         <div id="leftMasterInside">

  <div style="margin-top: 6px; color: #f00;"><a style="font-size: 90%;"
 target="_blank" href="/ConsumersSayThankYou.aspx">Read "Thank You" e-mails
 from consumers because Ripoff Report protects consumer's right to speak
 out</a></div>
  <div style="margin-top: 6px; font-size: 90%; color: #f00;">Please <a
 href="http://www.ripoffreport.com/Support.aspx">use our support form</a> if
 you have any difficulties or wish to contact us</div>
  <div id="reportContainer">
    <div id="reportContainerInner">
      <div id="reportHeader">
        <ul class="tabs">
          <li id="current"><span>Report: #423146</span></li>

        </ul>
      </div>
      <!-- /reportHeader -->
      <h2 class="pageTitle">
        Report:
        Herman And Russo, Mellissa A. Herman And David A. Russo</h2>
      <div class="utility share_container">
        <div class="sharethis">

          <script type="text/javascript">var
 addthis_pub="49f2201f5db274a2";</script>

          <a href="http://www.addthis.com/bookmark.php?v=20"
 onmouseover="return addthis_open(this, '', '[URL]', '[TITLE]')"
 onmouseout="addthis_close()" onclick="return addthis_sendto()">
            <img src="/Common/img/icons/buttonShare.png" width="78"
 height="22" alt="Bookmark and Share" style="border: 0" /></a>

          <script type="text/javascript"
 src="http://s7.addthis.com/js/200/addthis_widget.js"></script>

        </div>
        <!-- / sharethis-->
        <a href="javascript:window.print()">
          <img src="/Common/img/icons/buttonPrint_small.png" alt="Print"
 width="24" height="22" /></a>   <a
 href="javascript:mailToFriend('w776a','Herman And Russo')">
            <img src="/Common/img/icons/buttonEmail_small.png" alt="Email"
 width="24" height="22" /></a>
      </div>
```

```
      <h3 class="reported_by">
        <span><b>Reported By:</b> </span>

        (Atlanta
        Georgia)</h3>

      <div class="clear">
      </div>
      <h1 class="reportTitle">
        Herman And Russo, Mellissa A. Herman And David Herman And Russo,
 Mellissa A. Herman And David A. Russo Incompetent Legal Services at Best -
 Blatant Legal Malpractice Woodstock Georgia</h1>
      <h2>
        <b>...</b> Report is a hoax</h2>
      <div id="reportBody">
        <div id="reportBodyCol2" class="report_details_mini">
          <img src="/Common/img/titleReportRebuttal.png" alt="Report &amp;
 Rebuttal" width="165" height="19" align="top" /><br />

<div class="report_stats">
    <span class="stat"><a href="#">1</a>Author</span>
    <span class="stat"><a href="#">0</a>Consumer</span>
    <span class="stat"><a href="#">0</a>Employee</span>

    <div class="clear"></div>
</div><!-- /report_stats -->

<div class="feature no_border no_left_padding">
 <span class="title_header">Respond to this <span
 class="break">report!</span></span>
 <input
 name="ctl00$ctl00$cphBodyTemplate$cphLeftMasterReport$respond1$ux_fileRebutta
 l" type="button"
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_respond1_ux_fileRebuttal"
 value="File a Rebuttal" onclick="fileRebuttal('/Update_w776a.aspx')" />
 <a href="#whatRebuttal" rel="#whatRebuttal" class="tool_tip"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" /></a>
</div><!-- /feature -->
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="whatRebuttal" class="tooltipBox" style="display:none;">
 <div class="top"></div>
 <div class="mainContent">
        <div class="tooltip">
                <div class="header"><h4>What's This?</h4></div>
                <div class="tipcontent">
                        <p>Are you an owner, employee or ex-employee with
 either negative or positive information about the company or individual, or
 can you provide "insider information" on this company?</p>
                </div>
        </div>
 </div>
 <div class="bottom"></div>
</div><!-- /tooltipBox -->
<!--[if IE 6]></div><![endif]-->
```

```
<div class="feature">
 <span class="title_header">Victim of this <span
 class="break">person/company?</span></span>
 <input
 name="ctl00$ctl00$cphBodyTemplate$cphLeftMasterReport$victum1$ux_FileUpdate"
 type="button"
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_victum1_ux_FileUpdate"
 value="File a Report" onclick="window.location='/FileReport.aspx';" />
 <a href="#whatVictim" rel="#whatVictim" class="tool_tip"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" /></a>
</div><!-- /feature -->
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="whatVictim" class="tooltipBox" style="display:none;">
 <div class="top"></div>
 <div class="mainContent">
        <div class="tooltip">
               <div class="header"><h4>What's This?</h4></div>
               <div class="tipcontent">
                      <p>Are you also a victim of the same company or
 individual? Want Justice? File a Rip-off Report, help other consumers to be
 educated and don't let them get away with it!</p>
               </div>
        </div>
 </div>
 <div class="bottom"></div>
</div><!-- /tooltipBox -->
<!--[if IE 6]></div><![endif]-->
        </div>
        <!-- /reportBodyCol2 -->
        <!-- /report_details_mini -->
        <div id="reportBodyCol1">
          <div class="reportAddress">
            <h3>
              <b>Herman And Russo, Mellissa A. Herman And David A.
 Russo</b></h3>
            225 Creekstone Ridge
            <br />
            Woodstock
            Georgia
            30188
            <br />
            U.S.A.
            <br />
            Phone:  678-6812021
            <br />
            Web Address:  
            <br />
            <br />
            <h3>
              <b>Category:</b>
              <a
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_CategoryLink"
 href="/Services/Lawyers/Search.aspx">Lawyers</a></h3><br />
            <h3>
              <b>Submitted:</b>
```

```
            Wednesday, February 11, 2009</h3>
          Last posting: Thursday, March 05, 2009
        </div>
        <!-- /reportAddress -->
        <div class="clear">
        </div>
        <div>
          <div class="reportText KonaBody">
            <div>
              This report is regarding an incompetent and fraudulent law
 firm called Herman and Russo run by Melissa A Herman and David A. Russo.
 Their office is located at the following address:<br /><br />225 Creekstone
 Ridge<br />
Woodstock, GA 30188<br />
Phone: 678-681-2021<br /><br />Web site: www.hermanrusso.com<br /><br />Many
 of their victims also reside outside of Woodstock as we do.<br /><br />In our
 25 years of operating a business, we have never encountered such negligence
 in handling a legal matter. We've spoken with several other parties who had a
 very similar and damaging experience by retaining this firm.  Beware.<br
 /><br />In our company's case, he accepted $30k with the promise that he
 could handle our debt negotation and then proceeded to give us the run around
 for months. After receiving our payment he consistently avoided our phone
 calls and attempts at contacting him. In the rare event we actually were able
 to get a hold of them, they lied to us and said that they were working on our
 files when in reality he was just letting our files sit around and accumulate
 dust.<br /><br />This not only cost us an exorbitant amount of money but also
 got us in trouble by making us look bad to our clients. These guys are
 nothing short of being blatant criminals who hide behind their bar numbers
 while making their living purely by promising people services, stealing their
 money, and then never delivering on his promises.<br /><br />Whatever you do,
 do not become another victim by falling prey to their scams and fraudulent
 claims. It is absolutely asinine that this "law firm could" still be licensed
 after all the people they've screwed over. If you don't want to be lied to,
 swindled and taken advantage of, stay away from these crooks at all
 costs!!<br /><br />Justice not served<br />
Atlanta, Georgia<br />U.S.A.</div>
          </div>
          <!-- /reportText -->
        </div>
        <div id="reportAttachment">

        </div>
        <!-- /reportAttachment -->
      </div>
      <!-- /reportBodyCol1 -->
    </div>
    <!-- /reportBody -->
    <div class="clear">
    </div>
    <br />
    <a id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_SimilarLink"
 href="/Search/Company/Herman-And-Russo.aspx"><br /><br />Click Here to read
 other Ripoff Reports on Herman And Russo</a>
    <div class="clear">
    </div>
  </div>
  <!-- /reportContainerInner -->
```

```
</div>
<!-- /reportContainer -->
<!-- /KonaBody -->

<!-- /bannerdAd -->
<!-- Replace with KeywordSearchForm.ascx when error is fixed or add
functionality to below usercontrol -->
<div class="clear">
</div>

<div class="clear">
</div>

<div>

<div id="reportSearchFeature">
 <div class="feature">
        <span class="title_header">Search for additional reports</span>
        <p>If you would like to see more Rip-off Reports on this
 company/individual, search here:</p>
        <input
 name="ctl00$ctl00$cphBodyTemplate$cphLeftMasterReport$ux_CompanySearch$ux_Add
 itionalSearch" type="text"
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_ux_CompanySearch_ux_Addit
 ionalSearch" size="35" maxlength="200" class="headSearch" value="Herman And
 Russo" /> <input type="button" id="ux_btnAdditionalSearch" value="Search"
 class="btn"
 onclick="doSearch($('#ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_ux_Comp
 anySearch_ux_AdditionalSearch').val());return false;" />
        <a href="#searchTips" rel="#searchTips" class="searchTips"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" />  <span>Search Tips</span></a>
 </div><!-- /feature-->
</div><!-- /reportSearchFeature -->
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="searchTips" class="tooltipBox" style="display:none;">
 <div class="top"></div>
 <div class="mainContent">
        <div class="tooltip">
                <div class="header"><h4>Search Tips</h4></div>
                <div class="tipcontent">
                        <p>In order to assure the best results in your
 search:</p>
                        <ul>
                                <li>Keep the name short &amp; simple, and try
 different variations of the name.</li>
                                <li>Do not include ".com", "S", "Inc.", "Corp",
 or "LLC" at the end of the Company name.</li>
                                <li>Use only the first/main part of a name to
 get best results.</li>
                                <li>Only search one name at a time if Company
 has many AKA's.</li>
                        </ul>
                </div>
        </div>
 </div>
```

```
 <div class="bottom"></div>
</div>
<!--[if IE 6]></div><![endif]-->

<script type="text/javascript">

$("#ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_ux_CompanySearch_ux_Additi
 onalSearch").keypress
(
 function (e)
 {
         if (e.which == 13)
         {
                 $("#ux_btnAdditionalSearch").click();
         }
 }
);

</script>

  <div style="position: absolute; left: 500px;">
      <a
 href="http://d1.openx.org/ck.php?oaparams=2__bannerid=107633__zoneid=43629__c
 b=cd55c19505__oadest=http%3A%2F%2Fwww.ripoffrevenge.com%2F" target="_blank">
        <img src="/Common/ads/img/115x190-Revenge-Ad.gif" alt="Get rip-off
 revenge" width="115" height="190" align="top" border="0" /></a></div>
  </div>
  <div class="clear"></div>

  <div class="reportPageUtilities">
    <img src="/Common/img/titleReportRebuttal.png" alt="Report &amp; Rebuttal"
 width="165" height="19" align="top" style="float: left;" />
    <br />
    <br />

<div class="feature no_border no_left_padding">
 <span class="title_header">Respond to this <span
 class="break">report!</span></span>
 <input
 name="ctl00$ctl00$cphBodyTemplate$cphLeftMasterReport$respond2$ux_fileRebutta
 l" type="button"
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_respond2_ux_fileRebuttal"
 value="File a Rebuttal" onclick="fileRebuttal('/Update_w776a.aspx')" />
 <a href="#whatRebuttal" rel="#whatRebuttal" class="tool_tip"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" /></a>
</div><!-- /feature -->
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="whatRebuttal" class="tooltipBox" style="display:none;">
 <div class="top"></div>
 <div class="mainContent">
         <div class="tooltip">
                 <div class="header"><h4>What's This?</h4></div>
                 <div class="tipcontent">
```

```
                    <p>Are you an owner, employee or ex-employee with
either negative or positive information about the company or individual, or
can you provide "insider information" on this company?</p>
                </div>
        </div>
 </div>
 <div class="bottom"></div>
</div><!-- /tooltipBox -->
<!--[if IE 6]></div><![endif]-->

<div class="feature">
 <span class="title_header">Victim of this <span
 class="break">person/company?</span></span>
 <input
 name="ctl00$ctl00$cphBodyTemplate$cphLeftMasterReport$victum2$ux_FileUpdate"
 type="button"
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_victum2_ux_FileUpdate"
 value="File a Report" onclick="window.location='/FileReport.aspx';" />
 <a href="#whatVictim" rel="#whatVictim" class="tool_tip"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" /></a>
</div><!-- /feature -->
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="whatVictim" class="tooltipBox" style="display:none;">
 <div class="top"></div>
 <div class="mainContent">
        <div class="tooltip">
                <div class="header"><h4>What's This?</h4></div>
                <div class="tipcontent">
                        <p>Are you also a victim of the same company or
 individual? Want Justice? File a Rip-off Report, help other consumers to be
 educated and don't let them get away with it!</p>
                </div>
        </div>
 </div>
 <div class="bottom"></div>
</div><!-- /tooltipBox -->
<!--[if IE 6]></div><![endif]-->

<div class="feature no_right_padding">
 <span class="title_header">Repair Your <span
 class="break">Reputation</span></span>
 <input
 onclick="window.navigate('http://www.ripoffreport.com/CorporateAdvocacy.aspx'
 )" type="button" value="Get Started" />
 <a rel="#whatRepair" href="#whatRepair" class="tool_tip"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" /></a>
</div>
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="whatRepair" class="tooltipBox" style="display: none;">
 <div class="top"></div>
 <div class="mainContent">
        <div class="tooltip">
                <div class="header"><h4>What's This?</h4></div>
                <div class="tipcontent">
```

```
                          <p>Got Reports filed against you? Resolve the issues
and rebuild trust through our Corporate Advocacy Program.</p>
                          <p>Corporate Advocacy Program: The best way to manage
and repair your business reputation. Hiding negative complaints is only a
Band-Aid. Consumers want to see how businesses take care of business. All
businesses will get complaints. How those businesses take care of those
complaints is what separates good businesses from bad businesses.</p>
                    </div>
              </div>
</div>
<div class="bottom"></div>
</div><!-- /tooltipBox -->
<!--[if IE 6]></div><![endif]-->
    <!--/reportSearchFeatureAd-->
    <div class="clear">
    </div>
  </div>
  <!--/reportPageUtilities-->
  <div class="clear">
  </div>
  <hr />
  <br />
  <div id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_upUpdateList">
    <contenttemplate>
          <div id="updateListContainer">
                <div class="report_stats_container">
                      REBUTTALS &amp; REPLIES:

<div class="report_stats">
    <span class="stat"><a href="#">1</a>Author</span>
    <span class="stat"><a href="#">0</a>Consumer</span>
    <span class="stat"><a href="#">0</a>Employee</span>

    <div class="clear"></div>
</div><!-- /report_stats -->

                </div>

                <span class="rebuttal_title"><img
src="/Common/img/titleUpdatesRebuttals.png" alt="Updates &amp; Rebuttals"
width="203" height="21" /></span>

                <div class="clear"></div>

                <!-- /updateListOrginal -->

                <!--<div class="updateListUpdates">
                      <div class="updateType">Updates &amp; Rebuttals</div>

                                        <ul>

                                        <li> <span class="updateTitle">
                                                    <a
id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_RebuttalTitleRepeater_ctl
01_titleLink" href="#A2W9Y">Report is a hoax</a>
```

```
                                                            </span> <span
class="updateReportedBy">
                                                            Herman & Russo, P.C.
                                                            |
                                                            3/5/2009
                                                            |</span> </li>

                                                    </ul>

                        </div>--><!-- /updateListUpdates -->
                </div><!-- /updateListContainer -->

                                <div id="updateArticles">

                                <div class="article_update">
                                        <div class="reportedByBar">
                                                <div class="reportedByBarCol1">
                                                        <div
class="report_number">#1</div>
                                                        <div class="report_type">Owner
of Company</div>
                                                </div><!-- /reportedByBarCol1-->

                                                <div class="reportedByBarCol3">

<div class="feature no_border no_left_padding">
 <span class="title_header">Respond to this <span
 class="break">report!</span></span>
 <input
 name="ctl00$ctl00$cphBodyTemplate$cphLeftMasterReport$RebuttalRepeater$ctl01$
 respond2$ux_fileRebuttal" type="button"
 id="ctl00_ctl00_cphBodyTemplate_cphLeftMasterReport_RebuttalRepeater_ctl01_re
 spond2_ux_fileRebuttal" value="File a Rebuttal"
 onclick="fileRebuttal('/Update_w776a.aspx')" />
 <a href="#whatRebuttal" rel="#whatRebuttal" class="tool_tip"><img
 src="/Common/img/icons/question_toolTip.png" alt="What's This?" width="17"
 height="17" /></a>
</div><!-- /feature -->
<!--[if IE 6]><div class="ie6"><![endif]-->
<div id="whatRebuttal" class="tooltipBox" style="display:none;">
 <div class="top"></div>
 <div class="mainContent">
        <div class="tooltip">
                <div class="header"><h4>What's This?</h4></div>
                <div class="tipcontent">
                        <p>Are you an owner, employee or ex-employee with
 either negative or positive information about the company or individual, or
 can you provide "insider information" on this company?</p>
                </div>
        </div>
 </div>
 <div class="bottom"></div>
</div><!-- /tooltipBox -->
<!--[if IE 6]></div><![endif]-->
                                                </div>
```

```
                                        <div class="reportedByBarCol2">
                                                <h2 class="updateReportTitle"><a
id="A2W9Y" class="anchor">Report is a hoax</a></h2>
                                                <h3>Herman & Russo, P.c. -
Woodstock (U.S.A.)</h3>
                                        </div><!-- /reportedByBarCol2-->

                                        <div class="clear"></div>
                                </div><!-- /reportedByBar -->

                                <div class="reportText">
                                        <div class="reportTextCol1">
                                                <span
class="report_submitted"><span>SUBMITTED:</span> Thursday, March 05,
2009</span>
                                                <span
class="report_posted"><span>POSTED:</span> Thursday, March 05, 2009</span>
                                        </div><!-- /reportTextCol1-->

                                        <div class="reportTextCol2 KonaBody">
                                                Herman & Russo, P.C., is a small
consumer bankruptcy firm that focuses on providing quality legal services in
a friendly, fast and flexible manner.  Unlike other bankruptcy firms that
focus on volume, Herman & Russo prefers quality cases rather than quantity so
that they may deliver the best service possible.  As a result of this
practice, a large percentage of the cases Herman & Russo receives are
referrals from happy clients.<br /><br />My name is Melissa A. Herman and I
am a partner at Herman & Russo.  I have over 13 years of experience as a
bankruptcy attorney and I am expecting to receive a prestigous board
certification from the American Bankruptcy Institute.  The complaint filed
against my law firm is a hoax.  The author of this fabrication did not sign
his name.   We have never received a thirty thousand dollar retainer from
anyone for anything nor have we ever been retained to negotiate settlements
with clients.  We certainly do not let files linger in our office and always
have the work we promise to do completed ahead of schedule.  We answer our
own phones when we are not in court or with clients and usually return our
clients' calls within 24 hours.<br /><br />We are very concerned about this
defamatory and false report and intend to pursue legal action against Ripoff
Report and against the author for publishing this report in a reckless and
wanton manner.  We are also meeting with the internet crimes division of our
local law enforcement.<br /><br />If you have any questions about us, please
do not hesitate to contact us at 678-925-3510.  You may also contact the
Georgia Bar if you want to verify our record.
                                                <br />

                                        </div><!-- /reportTextCol2-->
                                </div><!-- /reportText -->

                                <div class="clear"></div>
                        </div><!-- /article_update -->

                        </div><!-- /updateArticles -->

</contenttemplate>
 </div>
 <div class="clear">
```

```
</div>

<!--/reportPageUtilities-->

<div class="clear">
</div>
<div style="position: relative; height: 50px;">
  <div style="position: absolute; bottom: 0; left: 0;">
    <p style="font-size: 9px; margin: 0; padding: 0;">
      <img src="/Common/img/icons/ticketFeederAdLogo.gif" alt="Ticket
Feeder" width="15" height="16" /> Looking for premium tickets?
   <a href="http://www.ticketfeeder.com/concerts.aspx" style="font-
size: 9px; color: #8d57a5;" target="_blank">Concert Tickets</a> | <a
href="http://www.ticketfeeder.com/sports.aspx" style="font-size: 9px; color:
#8d57a5;" target="_blank">Sports Tickets</a> | <a
href="http://www.ticketfeeder.com/theater.aspx" style="font-size: 9px; color:
#8d57a5;" target="_blank">Theatre Tickets</a>     just
visit <a href="http://www.ticketfeeder.com" style="font-size: 9px; color:
#8d57a5;" target="_blank">www.TicketFeeder.com</a></p>
  </div>
</div>
<!-- /tf &amp; social bookmarking relative container -->

<script language="javascript" type="text/javascript">
        function mailToFriend(tinyid, companyName)
        {
                mail_str = "mailto:?subject=Ripoff Report "+ tinyid +": " +
companyName;
                mail_str += "&body=You have been sent a link to view a Ripoff
Report posted on " + companyName;
                mail_str += ". You can view it at " + document.location;
                location.href = mail_str;
        }
</script>

<script src="/Common/script/jquery.js" type="text/javascript"></script>

<script src="/Common/script/jquery.hoverIntent.js"
type="text/javascript"></script>

<script src="/Common/script/jquery.cluetip.js"
type="text/javascript"></script>

<script src="/Common/script/jquery.dimensions.js"
type="text/javascript"></script>

<script type="text/javascript">
        $(document).ready(function() {
          $('a.tool_tip').cluetip({local:true, cursor: 'pointer', showTitle:
false, width: '425px'});
          $('a.searchTips').cluetip({local:true, cursor: 'pointer', showTitle:
false, width: '425px'});
        });
</script>

<!-- Kontera ContentLink -->
```

```
<script type="text/javascript">
        var dc_UnitID = 14;
        var dc_PublisherID = 16004;
        var dc_AdLinkColor = 'blue';
        var dc_isBoldActive= 'no';
        var dc_adprod='ADL';
</script>

<script type="text/javascript"
src="http://kona.kontera.com/javascript/lib/KonaLibInline.js"></script>

<!-- Kontera ContentLink -->

                        </div><!-- /leftMasterInside -->
                </div><!-- /leftMaster -->

                <div id="rightMaster">
                        <div id="rightMasterInside">

<div class="ad_framed_promos">
        <div class="boxAd">
                <script type='text/javascript'><!--//<![CDATA[
                   var m3_u =
(location.protocol=='https:'?'https://d1.openx.org/ajs.php':'http://d1.openx.
org/ajs.php');
                   var m3_r = Math.floor(Math.random()*99999999999);
                   if (!document.MAX_used) document.MAX_used = ',';
                   document.write ("<scr"+"ipt type='text/javascript'
src='"+m3_u);
                   document.write ("?zoneid=42379");
                   document.write ('&amp;cb=' + m3_r);
                   if (document.MAX_used != ',') document.write
("&amp;exclude=" + document.MAX_used);
                   document.write (document.charset ?
'&amp;charset='+document.charset : (document.characterSet ?
'&amp;charset='+document.characterSet : ''));
                   document.write ("&amp;loc=" + escape(window.location));
                   if (document.referrer) document.write ("&amp;referer=" +
escape(document.referrer));
                   if (document.context) document.write ("&context=" +
escape(document.context));
                   if (document.mmm_fo) document.write ("&amp;mmm_fo=1");
                   document.write ("'><\/scr"+"ipt>");
                //]]>--></script>
                <noscript>
                        <a
href='http://d1.openx.org/ck.php?n=af0dd195&amp;cb=INSERT_RANDOM_NUMBER_HERE'
target='_blank'><img
src='http://d1.openx.org/avw.php?zoneid=42379&amp;cb=INSERT_RANDOM_NUMBER_HER
E&amp;n=af0dd195' border='0' alt='' /></a>
                </noscript>
```

```
        </div>

        <a href="http://www.ripoffreport.com/Consumer-Services/Rip-off-Report-
Corpo/rip-off-report-corporate-advoc-92w54.htm" target="_blank"><img
src="/Common/img/rorVerified.gif" alt="Ripoff Report Verified Safe"
width="180" height="90" border="0" /></a><br />

        <div id="adContainer" style="width:300px; height:90px;
overflow:hidden;" onmouseover="scroller.Stop_Scrolling();"
onmouseout="scroller.Start_Scrolling();">
                <div id="scrollContainer">
                        <a style="float:left;" target="_blank"
href="http://www.ripoffreport.com/CorporateAdvocacy/VerifiedJohnBeck.aspx">
  <img src="/Common/ads/img/118x88_JohnBeck.png">
</a>
<a style="float:left;" target="_blank" href="http://www.ripoffrevenge.com/">
  <img src="/Common/ads/img/118x88_DontGetMadGetRevenge.png">
</a>
<a style="float:left;" target="_blank"
 href="http://www.ripoffreport.com/CorporateAdvocacy/VerifiedCash4Gold.aspx">
  <img src="/Common/ads/img/118x88_Cash4Gold.jpg">
</a>
<a style="float:left;" target="_blank"
 href="http://www.ripoffreport.com/CorporateAdvocacy/VerifiedJohnBeck.aspx">
  <img src="/Common/ads/img/118x88_JohnBeck.png">
</a>
<a style="float:left;" target="_blank" href="http://www.ripoffrevenge.com/">
  <img src="/Common/ads/img/118x88_DontGetMadGetRevenge.png">
</a>
<a style="float:left;" target="_blank"
 href="http://www.ripoffreport.com/CorporateAdvocacy/VerifiedCash4Gold.aspx">
  <img src="/Common/ads/img/118x88_Cash4Gold.jpg">
</a>
                        <div class="clear"></div>
                </div><!-- /scrollContainer -->
        </div><!-- /adContainer -->
 </div><!-- /ad_framed_promos -->

<script language="javascript" type="text/javascript">
 var scroller =
 {
     //PROPERTIES
     container : document.getElementById("scrollContainer"),
     current_scroll_pos : 0,
     scroller_width : 0,
     scroll_speed : -2,
     interval_id : "",
     image_list : null,
     image_width : 126,

     //METHODS
     Start_Scrolling: function()
     {
         if(this.scroller_width==0)
             this.Init_Scroller();

         if(this.interval_id=="")
```

```
            this.interval_id = window.setInterval("scroller.Scroll();", 70);
    },

    Stop_Scrolling: function()
    {
        window.clearInterval(this.interval_id);
        this.interval_id="";
    },

    Init_Scroller : function()
    {
        this.image_list = this.container.getElementsByTagName("a");
        this.container.style.width = this.scroller_width =
this.image_list.length * this.image_width;
    },

    Scroll : function()
    {
        this.current_scroll_pos = this.current_scroll_pos +
this.scroll_speed;
        this.container.style.marginLeft=this.current_scroll_pos+"px";

            if(this.current_scroll_pos<=(this.scroller_width*-1)/2)
                this.current_scroll_pos = 0;
    }
}

$(document).ready(function()
{
    scroller.Start_Scrolling();
});

</script>

  <div class="feature">
    <span class="title_header">Video Spotlight</span>
    <div class="miniAdContainer">
        <div class="miniAd">
                <a href="/Common/ads/fox11-data-recovery-scam.htm"
target="_blank"><img src="/Common/img/spotlightPromo4.jpg" width="85"
height="72" align="left" alt="Ripoff Report Video" /></a>Data recovery scams
over charge and steal private data from broken hard drives.<br /><br />
                <a href="/Common/ads/fox11-data-recovery-scam.htm"
target="_blank">Play Video</a>
        </div>

        <div class="miniAd">
                <a href="/Common/ads/Loan-Modification-Risk.html"
target="_blank"><img src="/Common/img/spotlightPromo8.jpg" width="85"
height="72" align="left" alt="Ripoff Report Video" /></a>Loan modification
offers risk for those facing foreclosure. Don't pay up front!<br /><br />
                <a href="/Common/ads/Loan-Modification-Risk.html"
target="_blank">Play Video</a>
        </div>

        <div class="miniAd">
```

```
                <a href="/Common/ads/PyramidSchemePages.html"
target="_blank"><img src="/Common/img/spotlightPromo2.jpg" width="85"
height="72" align="left" alt="Ripoff Report Video" /></a>Questionable pyramid
scheme takes advantage of consumers.<br /><br />
                <a href="/Common/ads/PyramidSchemePages.html"
target="_blank">Play Video</a>
        </div>

        <div class="miniAd">
                <a href="/Common/ads/fox11-bank-scam.html"
target="_blank"><img src="/Common/img/spotlightPromo5.jpg" width="85"
height="72" align="left" alt="Ripoff Report Video" /></a>Companies steal from
your bank account. Find out how.<br /><br />
                <a href="/Common/ads/fox11-bank-scam.html"
target="_blank">Play Video</a>
        </div>

        <div class="clear"></div>
</div><!-- Close miniAdContainer -->
 </div>

<div class="ad_framed">
<br />
 <div class="ads_left">
        <div class="bannerAd">

        <div style="margin-left: -20px; margin-bottom: 10px; height: 250px;
width: 300px;">
        <script language='javascript'>
      var rnd = Math.round(Math.random()*10000000);
      document.write('<IFR' + 'AME FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0
SCROLLING=NO WIDTH=300 HEIGHT=250
SRC=http://demr.opt.fimserve.com/adopt/?r=h&l=999e4367-df70-42c4-a090-
65a968de6505&sz=300x250&neg=&ega=&puid=&rnd=' + rnd + '></IFR' + 'AME>');
    </script>
    </div>

        <div style="margin-left: -20px; margin-bottom: 10px; height: 600px;
width: 160px;">
      <script language='javascript'>
      var rnd = Math.round(Math.random()*10000000);
      document.write('<IFR' + 'AME FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0
SCROLLING=NO WIDTH=160 HEIGHT=600
SRC=http://desk.opt.fimserve.com/adopt/?r=h&l=999e4367-df70-42c4-a090-
65a968de6505&sz=160x600&neg=&ega=&puid=&rnd=' + rnd + '></IFR' + 'AME>');
      </script>
    </div>

        </div>

        <div class="bannerAd">
```

```
                <p class="rorVerified">Advertisers below have met our <a
href="/ConsumersSayThankYou/AdvertisingStandards.aspx">strict standards for
business conduct</a>.</p>
                <p class="rorVerified"><a
href="http://www.ripoffreport.com/Consumer-Services/Rip-off-Report-Corpo/rip-
off-report-corporate-advoc-92w54.htm">Verified safe business by Ripoff
Report</a></p>
        </div>

        <div class="bannerAd">
                <script type='text/javascript'><!--//<![CDATA[
                        var m3_u =
(location.protocol=='https:'?'https://d1.openx.org/ajs.php':'http://d1.openx.
org/ajs.php');
                        var m3_r = Math.floor(Math.random()*99999999999);
                        if (!document.MAX_used) document.MAX_used = ',';
                        document.write ("<scr"+"ipt type='text/javascript'
src='"+m3_u);
                        document.write ("?zoneid=43611");
                        document.write ('&amp;cb=' + m3_r);
                        if (document.MAX_used != ',') document.write
("&amp;exclude=" + document.MAX_used);
                        document.write (document.charset ?
'&amp;charset='+document.charset : (document.characterSet ?
'&amp;charset='+document.characterSet : ''));
                        document.write ("&amp;loc=" + escape(window.location));
                        if (document.referrer) document.write ("&amp;referer="
+ escape(document.referrer));
                        if (document.context) document.write ("&context=" +
escape(document.context));
                        if (document.mmm_fo) document.write ("&amp;mmm_fo=1");
                        document.write ("'><\/scr"+"ipt>");
                //]]>-->
                </script>
                <noscript>
                        <a
href='http://d1.openx.org/ck.php?n=acf881c6&amp;cb=INSERT_RANDOM_NUMBER_HERE'
target='_blank'> <img
src='http://d1.openx.org/avw.php?zoneid=43611&amp;n=acf881c6' border='0'
alt='' /></a>
                </noscript>

        </div>
</div><!-- /ads_left -->

<div class="ads_right" style="margin-top: 260px; margin-right: -4px;">
        <div class="bannerAd"><a
href="http://d1.openx.org/ck.php?oaparams=2__bannerid=108210__zoneid=43615__c
b=7f6297f3cd__oadest=http%3A%2F%2Fripoffreport.com%2FCorporateAdvocacy.aspx">
<img src="/Common/ads/img/120x240-cap-banner-ad.gif" width="120" height="240"
alt="Ripoff Report Corporate Advocacy Program" border="0" /></a></div>

        <div class="bannerAd"><a
href="http://d1.openx.org/ck.php?oaparams=2__bannerid=108216__zoneid=43616__c
```

```
b=def96494bd__oadest=http%3A%2F%2Fripoffreport.com%2FDonate.aspx"><img
src="/Common/ads/img/donateGreen.gif" width="120" height="90" alt="Help
support Ripoff Report. Donate today." border="0" /></a></div>

        <div class="textAd">
                <div class="legalAd"><img
src="/Common/img/legalActionLogo.gif" alt="Ripoff Reports Legal Ads"
width="102" height="49" /></div>
                <div class="legalAdBody">
                        <p align="center"><a
href="http://d1.openx.org/ck.php?oaparams=2__bannerid=108224__zoneid=43619__c
b=b84b2f72a1__oadest=http%3A%2F%2Fripoffreportlegaldirectory.com%2Flisting%2F
" target="_blank">Ripoff Report Legal Directory</a></p>
                </div>
        </div>

        <div class="bannerAd"><a
href="http://d1.openx.org/ck.php?oaparams=2__bannerid=108229__zoneid=43622__c
b=6b18593f51__oadest=http%3A%2F%2Fwww.consumermediapublishing.com%2F"
target="_blank"><img src="/Common/ads/img/120x240-Mortgage-banner-ad.gif"
width="120" height="240" border="0" alt="What mortgage brokers don't want you
to know" /></a></div>

        <div class="thankYouContainer">
                <a href="/ConsumersSayThankYou.aspx"> <img
src="/Common/Img/noteThankYou_narrow.jpg" alt="Thank You" width="120"
height="115" align="top" border="0" /></a>
                <p><a href="/ConsumersSayThankYou.aspx">Read how</a> Ripoff
Report saves consumers millions.</p>
        </div><!-- /thankYouContainer -->
</div><!-- /ads_right -->

<div class="clear"></div>
</div><!-- /ad_framed -->

                        </div><!-- /rightMasterInside -->
                </div><!-- /rightMaster -->

                <div class="clear"></div>
        </div><!-- /innerColumnContainer -->
</div><!-- /main -->

<div id="footer">

<div id="footerLogo">
<img src="/Common/img/logoFooter.gif" alt="Ripoff Report" /><br /><br />
<ul class="footerNav1">
        <li><a href="http://www.ripoffreport.com/Default.aspx">Home</a></li>
        <li><a href="http://www.ripoffreport.com/FileReport.aspx">File a
Report</a></li>
        <li><a
href="http://www.ripoffreport.com/ConsumerResources.aspx">Consumer
Resources</a></li>
        <li><a href="http://www.ripoffreport.com/Search.aspx">Search</a></li>
```

```
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/LinkToUs.aspx">Link to
Ripoff Report</a></li>
</ul>
<br /><br />
<ul class="footerNav1">
        <li><a href="http://www.ripoffreport.com/PrivacyPolicy.aspx">Privacy
Policy</a></li>
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/TermsOfService.aspx">T
erms of Service</a></li>
        <li><a href="http://www.ripoffreport.com/faq.aspx">FAQ</a></li>
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/AboutUs.aspx">About
Us</a></li>
        <li><a href="mailto:EDitor@ripoffreport.com">Contact Us</a></li>
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/FalseReport.aspx">Why
Ripoff Report will not release author information!</a></li>
</ul>
<br />
<br />
<ul class="footerNav1">
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/ThankYouLetters.aspx">
Thank You Emails!</a></li>
        <li><a href="http://www.ripoffreport.com/CorporateAdvocacy.aspx"
title="Corporate Advocacy Program:  The best way to manage and repair your
business reputation.  Hiding negative complaints is only a Band-Aid.
Consumers want to see how a business took care of business.  All business
will get complaints.  How those businesses take care of those complaints is
what separates good businesses from bad businesses.">Corporate Advocacy
Program:  How to repair your business reputation.</a></li>
        <li><a href="http://www.edmagedson.com/">Ed Magedson - Ripoff Report
Founder</a></li>
</ul>
<br /><br />
<ul class="footerNav1">
        <li><a href="http://www.ripoffreport.com/FeaturedReports.aspx">Past
Home Page Featured Reports</a></li>
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/WantToSueRipoffReport.
aspx">Want to sue Ripoff Report?</a></li>
        <li><a
href="http://www.ripoffreport.com/ConsumersSayThankYou/Donate.aspx">Donate to
our Legal Defense</a></li>

</ul>
<div id="footerDisclaimer"><p>Copyright &copy; 1998-2010, Ripoff Report.  All
rights reserved.</p></div>
</div><!-- /footerLogo-->
 </div><!-- /footer -->
</div><!-- /pageContainer -->

<script type="text/javascript">
```

```
 var gaJsHost = (("https:" == document.location.protocol) ? "https://ssl." :
 "http://www.");
 document.write(unescape("%3Cscript src='" + gaJsHost + "google-
 analytics.com/ga.js' type='text/javascript'%3E%3C/script%3E"));
</script>
<script type="text/javascript">
 try {
         var pageTracker = _gat._getTracker("UA-1285411-1");
         pageTracker._trackPageview();
 } catch(err) {}
</script>
</form>
</body>
</html>
```